UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| Plaintiff, | ) ) ) | | |
| v. | ) ) | Cause No. | 1:19-cr-333-SEB-DML |
| TRON HARRIS, | ) ) | | - 01 |
| Defendant. | ) ) | | |

### REPORT AND RECOMMENDATION

On May 7, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on April 15, 2025. Defendant Harris appeared in person with his appointed counsel Leslie Wine. The government appeared by Peter Blackett, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Megan Durbin.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.  The Court advised Defendant Harris of his rights and provided him with a copy of the petition.

2.  The parties jointly recommended to the modification of the addition of GPS monitoring for a period of 180 days and move to hold preliminary, revocation, and disposition in abeyance for 120 days and the same was GRANTED.

Defendant is released on conditions with modifications pending the District Judge's action on this Report and Recommendation.

The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Date: 6/2/2025

*Mario Garcia*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal