UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Cause No. | 1:19-cr-333-SEB-DML |
| | ) | | |
| TRON HARRIS, | ) | | - 01 |
| | ) | | |
| Defendant. | ) | | |

**REPORT AND RECOMMENDATION**

On September 8, 2025, the Court held a hearing on the Petition for Warrant or Summons

for Offender Under Supervision filed on April 15, 2025 and September 4, 2025.  Defendant

Harris appeared in person with his appointed counsel Leslie Wine.  The government appeared by

Peter Blackett, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer

Megan Durbin.

The Court conducted the following procedures in accordance with Fed. R. Crim. P.

32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant Harris of his rights and provided him with a copy of

the petition.  Defendant Harris orally waived his right to a preliminary hearing.

2.      After being placed under oath, Defendant Harris admitted violation numbers 1 &

2.  [Docket No. 42 & 62.]

3.      The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."** |

Mr. Harris submitted to a routine urine screen on March 11, 2025, which returned positive for fentanyl. Mr. Harris denied use of any illicit substances or nonprescribed medications, and requested confirmation testing. The sample was sent to Alere Toxicology Services for further testing, and confirmed positive for fentanyl and norfentanyl on March 30, 2025.

As previously reported to the Court, the offender submitted urine samples which tested positive for cannabinoids on October 10, 2023, April 17, 2024, and April 23, 2024. He admitted to the use of marijuana. Additionally, on August 31, 2024, he submitted a urine sample which confirmed positive for fentanyl.

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."** |

On August 20, 2025, Mr. Harris submitted to a routine urinalysis, which returned positive for fentanyl. Mr. Harris denied use of any illicit substances or nonprescribed medications, and requested confirmation testing. The sample was sent to Alere Toxicology Services for further testing, and confirmed positive for norfentanyl on September 3, 2025.

4.    The parties stipulated that:

(a)    The highest grade of violation is a Grade B violation.

(b)    Defendant's criminal history category is III.

(c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

5.    The parties jointly recommended a sentence of 10 months with no supervised release to follow.   Defendant requested placement at the lowest security facility in Terre Haute.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 10 months with no supervised release to follow. The Magistrate Judge will make a recommendation of placement at the lowest security facility in Terre Haute.

Defendant, without objection from the Government, requested to self-surrender to the Bureau of Prisons and the same was GRANTED. Defendant is released on current conditions of supervised release until his BOP report date, pending the District Judge's action on this Report and Recommendation.

Defendant reviewed the above noted conditions with his attorney.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 9/8/2025

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system